IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYNN C. BEYETT,

        Plaintiff,

 vs.

B. SMITH, et al.,

        Defendants.

No. C 13-04571 YGR (PR)

**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Edward M. Chen to consider whether it is related to *Terry v. Smith*, Case No. C 13-1227 EMC (PR). There are four other cases which may have to be referred to Judge Chen for the same reason: *Spells v. Smith*, Case No. C 13-4102 WHO (PR); *Carter v. Smith*, Case No. 13-4373 PSG (PR); *Arnold v. Smith*, Case No. C 13-4456 EJD (PR); and *Hirscher v. Smith*, Case No. C 14-0340 LB (PR).[1] The complaints filed in the instant case, Judge Chen's case, and the four aforementioned cases are virtually identical, except for the plaintiffs' names. In each case, the plaintiffs allege that Defendants failed to provide them with personal protective equipment when they cleaned the mattress factory at San Quentin State Prison in May and June 2012.

In the instant case, Plaintiff may file any response in opposition to or in support of relating the cases within **fourteen (14) days** of receipt of this Order.

DATED: April 14, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court notes that Defendants in Case No. 13-4373 PSG (PR) have filed a "Administrative Motion to Consider Whether Cases Should Be Related," which makes reference to all six cases. Dkt. 25 in Case No. 13-4373 PSG (PR). On April 4, 2014, the Clerk of the Court indicated that the Notice of Related Case "must be filed in the earliest filing date - Date filed: 03/19/2013 - C13-1227 EMC." Id.

P:\PRO-SE\YGR\CR.13\Beyett4571.Ref-RelatedCase.frm