UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEWEY STEVEN TERRY,

        Plaintiff,

    v.

BRAD SMITH; *et al.*,

        Defendants.

No. C-13-1227 EMC (pr)

**ORDER**

Defendants filed a motion for summary judgment on October 3, 2014. Plaintiff filed a response to the motion for summary judgment. He also filed a motion for a stay of the motion for summary judgment until he "obtained the necessary information." Docket # 41 at 1. He mentioned several broad discovery issues, but failed to identify what the particular information was or how it would enable him to avoid summary judgment. Plaintiff's motion for a stay of the pending motion for summary judgment is DENIED (Docket # 41) because he has not shown by declaration "that, for specified reasons, [he] cannot present facts essential to justify [his] opposition." Fed. R. Civ. P. 56(d).

Defendant Young's request for an extension of the deadline to file a reply brief in support of Defendants' motion for summary judgment is GRANTED. Docket # 48. Defendant Young must file and serve his reply no later than **February 27, 2015**.

Plaintiff filed a request for an "impartial court appointed investigator." Docket # 40. Plaintiff wants the investigator appointed to take photographs to permit Plaintiff to substantiate his claims. The request is DENIED. Docket # 40. The Court adjudicates disputes and does not

investigate or advocate on behalf of any particular litigant. A plaintiff is responsible for conducting his own investigation and presentation of the evidence.

Plaintiff filed a "motion requesting supplement to opposition perusing to Fed. R. Civ. Procedure 15(d)." Docket # 50. The Court does not understand Plaintiff's use of the phrase "Perusing to Fed. R. Civ. Procedure 15(d)." Insofar as Plaintiff is requesting permission to file a supplement the evidence for his opposition to the motion for summary judgment, the request is GRANTED. Docket # 50. Plaintiff may file and serve a supplemental declaration (no longer than six pages) with his newly received evidence no later than **February 13, 2015**. This supplemental presentation is limited to evidence – Plaintiff may not file a supplemental legal brief.

The substitution of counsel for Defendants Dobie, Earley and Loredo filed December 29, 2014 is hereby APPROVED. Docket # 43.

IT IS SO ORDERED.

Dated: January 29, 2015

_____
EDWARD M. CHEN
United States District Judge

2