UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 13-cv-01227-EMC (JCS)

Related Cases: 13-cv-4102 EMC (JCS); 13-cv-4373 EMC (JCS); 13-cv-4456 EMC (JCS) 13-cv-4571 EMC (JCS); 14-cv-00340 EMC (JCS) & 14-cv-3153 EMC (JCS)

**Case Name:** Terry v. Smith
**Related Cases:** Spells v. Smith; Carter v. Smith; Arnold v. Smith; Beyett v. Smith; Hirscher v. Smith & Beyett v. Smith

**Date:** November 18, 2015       **Time:** 5 H 10 M

**Deputy Clerk:** Karen Hom       **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Dylan Ballard, Nadezhda Nikonoa & Amar Naik
**Attorney for Defendant:** Matt Grigg - for all Dfts except Dft Young; Ken Williams - Dft Young

## PROCEEDINGS

(X)   Settlement Conference - Held

   ( ) Case Settled       (X) Cases Did Not Settle       ( ) Partial Settlement

( )   Further Settlement Conference

   ( ) Case Settled       ( ) Case Did Not Settle       ( ) Partial Settlement

( )   Telephonic Scheduling/Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:**   The following two (2) cases did not settle:  13-cv-1227 EMC Terry v. Smith, et al., and 13-cv-4456 EMC Arnold v. Smith, et al.