UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWEY TERRY,<br><br>   Plaintiff,<br><br>   v.<br><br>BRAD SMITH, et al.,<br><br>   Defendants. | Case No. 13-cv-01227-EMC<br><br>**SCHEDULING ORDER** |

A telephonic case management conference was held in this action on January 14, 2016. This order confirms – and supersedes, if different from – the deadlines set at the case management conference.

1. Defendants must file an answer to Plaintiff's amended complaint no later than **thirty days** from the date of this order.

2. A brief period will be provided for the parties to conclude their discovery.

   a. Any written discovery requests must be served no later than **February 19, 2016**. The parties are reminded that discovery requests are *not* to be filed with the court when they are served on the opposing parties. *See* Fed. R. Civ. P. 5(d)(1).

   b. Any motion to compel must be filed and served no later than **March 31, 2016**. If a motion to compel is filed, the opposition must be filed and served no later than **fourteen days** after the motion is filed, and the reply must be filed and served no later than **seven days** after the opposition is filed. The parties are cautioned that the court will not entertain any motion to compel unless the parties have made a good faith effort to meet and confer to resolve their discovery disputes before the motion is filed. Due to Plaintiff's imprisonment, the parties may meet-and-confer by telephone or by letter, rather than in-person.

        c.      All discovery, including depositions, must be completed by **April 15, 2015**.

        d.      The Clerk will mail to Plaintiff two blank document subpoenas for Plaintiff's use. If Plaintiff wants to subpoena records from a nonparty, he must promptly fill out the subpoena and return it to the Clerk with a request that it be entered and served. Plaintiff may obtain documents from parties by requesting production of documents, *see* Fed. R. Civ. P. 34.

3.    Defendants have indicated an intent to file a motion for summary judgment.

        a.      Defendants must file and serve their motion for summary judgment no later than **May 7, 2016**. Plaintiff must file and serve his opposition to the motion for summary judgment no later than **June 2, 2016**. Defendants must file and serve their reply brief, if any, no later than **June 16, 2016**.

        b.      Defendants must provide a new *Rand* notice to Plaintiff at the time they file their motion for summary judgment. Plaintiff also is encouraged to read the information about summary judgment motions provided in the order of service. It may be that two motions for summary judgment are filed, due to Defendants being represented by two different attorneys. If separate motions are filed, Plaintiff should file separate oppositions, so that it is clearer which argument applies to which motion. If a defense motion for summary judgment cites fifteen or more cases, Defendants must mail to Plaintiff a copy of every case cited in that motion at the time they serve the motion on Plaintiff.

4.    The Court did not set a trial date at the case management conference. If a trial is necessary, the Court will set one at a later date, possibly in November or December.

5.    Plaintiff indicated that he thought there was a pending request for default against Defendant Young. He erred. Plaintiff made a request for entry of default (Docket # 37), and the Clerk declined to enter default on October 28, 2014 (Docket # 38).

**IT IS SO ORDERED.**

Dated: January 15, 2016

_____
EDWARD M. CHEN
United States District Judge